# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
### WESTERN DIVISION

| | | |
|---|---|---|
| **APRIL LEA BOWER,** | : | |
| | : | **Case No. 2:15-cv-00931** |
| **Plaintiff,** | : | |
| | : | **District Judge Smith** |
| **v.** | : | |
| | : | **Magistrate Judge King** |
| **CAROLYN W. COLVIN,** | : | |
| **ACTING COMMISSIONER OF** | : | |
| **SOCIAL SECURITY,** | : | |
| | : | |
| **Defendant.** | : | |

## ORDER

This matter comes before the Court on the parties' Joint Motion to Remand.

And the Court, having read the Joint Motion and being duly advised now GRANTS said request, and it is

THEREFORE ORDERED that judgment be entered reversing the Commissioner's decision with remand to the agency for further evaluation pursuant to the fourth sentence of 42 U.S.C. § 405(g).  On remand, the Appeals Council will remand this case to an Administrative Law Judge who will reevaluate the evidence and issue a new decision.

*s/ George C. Smith*
GEORGE C. SMITH, JUDGE
UNITED STATES DISTRICT COURT